U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 25 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHAWN JACOBS | CIVIL ACTION NO. 08-1645 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OFFICER JOHN DOE | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 5] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Shawn Jacobs's civil rights action is DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA, this 25 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE